# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 CV 2592

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
PENSION FUND, and HOWARD MCDOUGALL, as Trustee v. M&S
TRANSPORT, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

M&S TRANSPORT, INC.

| | |
|---|---|
| NAME (Type or print) <br> RORY K. MCGINTY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/RORY K. MCGINTY | |
| FIRM <br> LAW OFFICES OF RORY K. MCGINTY, P.C. | |
| STREET ADDRESS <br> 5202 WASHINGTON, STE. 5 | |
| CITY/STATE/ZIP <br> DOWNERS GROVE, IL 60515 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6196929 | TELEPHONE NUMBER <br> 630-743-9907 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ N/A | |

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 26, 2008, copies of the foregoing Appearance was served on each person indicated below electronically via the Court's Electronic Filing System,


s/Rory K. McGinty

<u>Served On</u>:
CENTRAL STATES, SOUTHEAST AND SOUTHWEST PENSION FUND and HOWARD MCDOUGALL, as Trustee

Mr. Edward H. Bogle
Central States Funds
9377 W. Higgins Rd.
Rosemont, IL 60018-4938
Phone (847)518-9800 Ext. 3469
Fax (847)518-9797
Email ebogle@centralstatesfunds.org

Mr. Brad R. Berliner
Central States Law Department
9377 W. Higgins Rd., 10th Floor
Rosemont, IL 60018-5123
Phone (847)518-9800
Email bberliner@centralstates.org

Mr. Charles H. Lee
Central States Law Department
9377 W. Higgins Rd., 10th Floor
Rosemont, IL 60018-5123
Phone (847)518-9800 Ext. 3468
Email chlee@centralstates.org

Mr. John Joseph Franczyk, Jr.
Central States Law Department
9377 W. Higgins Rd., 10th Floor
Rosemont, IL 60018-5123
Phone (847)518-9800
Email jfranczyk@centralstates.org