IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD MCDOUGALL, as Trustee,  Plaintiffs, v. M&S TRANSPORT, INC.,  Defendant. | CASE NO. 08 CV 2592  JUDGE: DER-YEGHIAYAN  MAGISTRATE JUDGE: KEYS |

## NOTICE OF FILING

TO:

YOU ARE HEREBY NOTIFIED that on June 26, 2008, the undersigned, on behalf of Defendant, M&S TRANSPORT, INC., filed the enclosed Appearance and Answer with the Clerk of the Court, a copy of which is hereby served upon you.


s/Rory K. McGinty
Attorney for M&S Transport, Inc.

Dated: June 26, 2008

Rory K. McGinty
Law Offices of Rory K. McGinty, P.C.
5202 Washington, Ste. 5
Downers Grove, Il 60515
Phone 630-743-9907
Fax 630-743-9910
email lorkmpc@att.net
ARDC No. 6196929

CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that on June 26, 2008, copies of the foregoing Notice of Filing Appearance and Answer was served on each person indicated below electronically via the Court's Electronic Filing System,


s/Rory K. McGinty

<u>Served On</u>:
CENTRAL STATES, SOUTHEAST AND SOUTHWEST PENSION FUND and HOWARD MCDOUGALL, as Trustee

Mr. Edward H. Bogle
Central States Funds
9377 W. Higgins Rd.
Rosemont, IL 60018-4938
Phone (847)518-9800 Ext. 3469
Fax (847)518-9797
Email ebogle@centralstatesfunds.org

Mr. Brad R. Berliner
Central States Law Department
9377 W. Higgins Rd., 10th Floor
Rosemont, IL 60018-5123
Phone (847)518-9800
Email bberliner@centralstates.org

Mr. Charles H. Lee
Central States Law Department
9377 W. Higgins Rd., 10th Floor
Rosemont, IL 60018-5123
Phone (847)518-9800 Ext. 3468
Email chlee@centralstates.org

Mr. John Joseph Franczyk, Jr.
Central States Law Department
9377 W. Higgins Rd., 10th Floor
Rosemont, IL 60018-5123
Phone (847)518-9800
Email jfranczyk@centralstates.org