UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Central States Southeast And Southwest Areas
Pension Fund, et al.

                                        Plaintiff,

v.                                             Case No.: 1:08−cv−02592

                                            Honorable Samuel Der−Yeghiayan

MS Transport Inc

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan:Status hearing held and continued to 11/13/08 at 9:00 a.m. Counsel appeared and reported to the Court that the parties are attempting to resolve the instant action. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.